Michael G. Long, Esq. (Bar No. 129771)
David R. Johnson, Esq. (Bar No. 174883)
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
2040 Main Street, Suite 300
Irvine, California 92614
(949) 852-6700 telephone
(949) 261-0771 facsimile

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL MEDICAL LIABILITY INSURANCE COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BUSINESS SERVICE AMERICA, et al. <br><br> Defendants | CASE NO. C 05-00771 MEJ <br><br> **STIPULATION TO CONTINUE THE AUGUST 23, 2005 CASE MANAGEMENT CONFERENCE AND RELATED PROCEDURAL DEADLINES; ~~PROPOSED~~ ORDER THEREON** |

The parties hereto, by and through their attorneys of record herein, hereby stipulate and agree to continue the August 23, 2005 Case Management Conference and all related dates/deadlines set in this action by the Court's Order filed on June 2, 2005 due to the settlement of the dispute, as follows:

WHEREAS,

1. In this action, Plaintiffs St. Paul Fire and Marine Insurance Company and St. Paul Medical Liability Insurance Company, individually and as assignee of Economy Fire and Casualty Company (collectively, "Plaintiffs"), seek to confirm a $25 million arbitration award that they obtained against Defendants Business Service America II, Inc., Joseph Anthony Guglielmo, a/k/a J.A. Guglielmo and Robert Nurisso, a/k/a R.T. Nurisso, Douglas Ludolph, a/k/a D. Ludolph (collectively, "Defendants"), among others.[1]

---

[1] Richard Davis, a/k/a R.W. Davis and Lorenz Costello, III were originally defendants in this action, but Plaintiffs subsequently settled with them. Accordingly, they are no longer parties to this dispute.

2. On or about December 31, 2005, Plaintiffs filed their Petition to Confirm Contractual Arbitration Award ("Petition") in Superior Court of the State of California, County of Alameda, whereby they seek to have confirmed an arbitration award that they obtained before JAMS against Defendants and others. On February 22, 2005, Defendants removed the Petition to the U.S. District Court for the Northern District of California, and the matter was assigned to the Court.

3. On February 22, 2005, the Court issued its Order Setting Initial Case Management Conference, setting forth various procedural deadlines in this matter in June 2005, including the June 23, 2005 Case Management Conference.

4. After the instant action was removed to federal court, Plaintiffs and Defendants reached an agreement to resolve the entire dispute among them, including the dispute that is the subject of the arbitration award that is sought to be confirmed in the instant action. The overall ("global") dispute involves claims by Plaintiffs against Defendants and others for reimbursement for payments Plaintiffs claim they made in excess of $50 million under certain construction - related surety bonds and a $25 million loan guaranty bond, based upon written indemnity agreements that Defendants and others executed. The resolution of the global dispute involves, among other things, the prosecution of certain construction claims for additional compensation by an interested third party. As a result, the settlement negotiations have been complicated, and have addressed and resolved many complex issues. The Court participated in one phase of the negotiations as the Settlement Judge in an action entitled, "United States Fidelity and Guaranty Company, et al. v. The Scott Companies, Inc., et al.," United States District Court, Northern District of California, Case No. C 03 5376 – SBA.

5. Plaintiffs, Defendants and the other parties to the global dispute have been circulating written agreements memorializing the settlement terms. Once the settlement is finalized, the instant action will be dismissed.

6. On or about May 27, 2005, and in light of the settlement, Plaintiffs and Defendants stipulated to continue the various procedural deadlines set herein for June 2005, including the June 23, 2005 Case Management Conference. On June 2, 2005, the Court granted the stipulation, and set the following deadlines:

///

| Date | Activity |
|---|---|
| **Date** | **Activity** |
| 8/02/05 | Last day to meet and confer re: initial disclosures, early settlement, and ADR process selection discovery plan; |
| 8/02/05 | Last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference. |
| 8/16/05 | Last day to complete initial disclosures or state objections in Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report |
| 8/23/05 @ 10:00 a.m. | Case Management Conference |

7. Despite their best efforts, Plaintiffs and Defendants have been unable to resolve certain issues necessary to finalize their settlement. However, the parties have already requested, in writing, that Magistrate Judge Edward Chen, who conducted the settlement conference during which the settlement was reached and retained jurisdiction over the dispute, help resolve the few remaining issues between the parties.

8. In light of the number of complex issues that Plaintiffs and Defendants have already resolved with the assistance of Magistrate Judge Chen, and the relatively straight-forward nature of the few remaining issues, it is anticipated that the parties will be able to resolve the remaining "loose ends" of their settlement.

9. Due to the parties' continued diligent efforts to resolve a complex dispute involving claims of over $50 million and requiring the involvement of third parties, Plaintiffs and Defendants believe that it would be an unnecessary expenditure of their resources, as well as the Court's, to proceed with the Case Management Conference or to perform the work necessary to comply with the deadlines set forth in the Court's June 2, 2005 Order.

///
///
///
///
///
///

1  WHEREFORE,

2  Plaintiffs and Defendants stipulate and agree to continue the August 23, 2005 Case Management
3  Conference and the other dates/deadlines set forth in the Order by two (2) months to dates convenient to
4  the Court so that they can focus their resources on finalizing the settlement of their dispute.

IT IS SO STIPULATED.

Dated: July 26, 2005

WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.

By: _____
Michael G. Long, Esq.
David R. Johnson, Esq.
Attorneys For Plaintiffs

Dated: JULY 25, 2005

MILLER LAW FIRM, PC

By: _____
Richard W. Miller, Esq.
Scott H. Murphy, Esq.

PRESTON GATES & ELLIS L.L.P.

Michael J. Bettinger, Esq.
Attorneys for Business Service America II, Inc.;
Joseph Anthony Guglielmo, aka J.A. Guglielmo;
Robert Nurisso, aka R.T. Nurisso; and
Douglas Ludolph, aka D. Ludolph

4

STIPULATION TO CONTINUE 8/23/05 CMC AND RELATED PROCEDURAL DEADLINES; PROPOSED ORDER - CASE NO. C 05-00771 MEJ

# ORDER

Based on the foregoing Stipulation, and good cause appearing therefor, IT IS HEREBY ORDERED that the deadlines set forth in the Court's June 2, 2005 Order are adjusted, as follows:

| Activity | New Date |
| --- | --- |
| Last day to meet and confer re: initial disclosures, early settlement, and ADR process selection discovery plan. | October 4, 2005 |
| Last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference. | October 4, 2005 |
| Last day to complete initial disclosures or state objections in Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report | October 18, 2005 |
| Case Management Conference | October 27, 2005 @ 10:00 a.m./~~p.m.~~ |

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: August 8, 2005



MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

# PROOF OF SERVICE

STATE OF CALIFORNIA )
)
COUNTY OF ORANGE )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2040 Main Street, Suite 300, Irvine, California 92614.

On July 26, 2005, I served the foregoing document(s) described as **STIPULATION TO CONTINUE THE AUGUST 23, 2005 CASE MANAGEMENT CONFERENCE AND RELATED PROCEDURAL DEADLINES; PROPOSED ORDER THEREON**

[X] **BY ELECTRONIC FILING:** the above and foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Michael J. Bettinger, Esq.
Rachel R. Davidson, Esq.
Preston Gates & Ellis LLP
55 Second Street, Suite 1700
San Francisco, CA  94105
tel: (415) 882-8200; fax: (415) 882-8220
**Attorneys for Defendants
Business Service America II, Inc., Joseph Guglielmo, Robert Nurisso, Douglas Ludolph**

Richard W. Miller, Esq.
Scott H. Murphy, Esq.
Miller Law Firm, PC
4310 Madison Ave.
Kansas City, Missouri  64111
tel:  (816) 531-0755; fax: (800) 982-3150
**Attorneys for Defendants
Business Service America II, Inc., Joseph Guglielmo, Robert Nurisso, Douglas Ludolph**

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 26, 2005, at Irvine, California.

*/s/ Hildegarde Schucker*
Hildegarde Schucker

91526