Michael G. Long, Esq. (Bar No. 129771)
David R. Johnson, Esq. (Bar No. 174883)
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
2040 Main Street, Suite 300
Irvine, California 92614
(949) 852-6700 telephone
(949) 261-0771 facsimile

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL MEDICAL LIABILITY INSURANCE COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BUSINESS SERVICE AMERICA II, INC., et al. <br><br> Defendants | CASE NO. C 05-00771 MEJ <br><br> ~~STIPULATION TO~~ DISMISS WITH PREJUDICE PLAINTIFFS' PETITION TO CONFIRM CONTRACTUAL ARBITRATION AWARD AGAINST DEFENDANTS; AND THE CLERK OF COURT SHALL CLOSE THE FILE |

IT IS HEREBY STIPULATED by and between the parties herein, through their respective counsel, that, pursuant to Federal Rules of Civil Procedure 41(a), Plaintiffs St. Paul Medical Liability Insurance Company, individually and as assignee of Economy Fire and Casualty Company, and St. Paul Fire and Marine Insurance Company (collectively, "Plaintiffs"), hereby dismiss their petition to confirm contractual arbitration award against Defendants Business Service America II, Inc., Joseph Anthony Guglielmo, a/k/a J.A. Guglielmo, Robert Nurisso, a/k/a R.T. Nurisso, Douglas Ludolph, a/k/a D. Ludolph, Lorenz Costello III, a/k/a L. Costello and Richard William Davis, a/k/a R.W. Davis (collectively, "Defendants") in the above-entitled action, with prejudice. As against each other, Plaintiffs and Defendants shall bear their own attorneys' fees and costs.

Dated: October 8, 2005

WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.

By: _____
Michael G. Long, Esq.
David R. Johnson, Esq.
Attorneys For Plaintiffs

1

1  Dated: October 7, 2005               MILLER LAW FIRM, PC

2
3                                        By: _____
                                              Richard W. Miller, Esq.
4                                             Scott H. Murphy, Esq.
                                              Attorneys for Business Service America II, Inc.,
5                                             Joseph Anthony Guglielmo, aka J.A. Guglielmo;
                                              Robert Nurisso, aka R.T. Nurisso and Douglas
6                                             Ludolph, aka D. Ludolph

7
8                                        PRESTON GATES & ELLIS L.L.P.

9                                             Michael J. Bettinger, Esq.
                                              Attorneys for Business Service America II, Inc.,
10                                            Joseph Anthony Guglielmo, aka J.A. Guglielmo;
                                              Robert Nurisso, aka R.T. Nurisso and Douglas
11                                            Ludolph, aka D. Ludolph

12
13 Dated: _____, 2004               STEIN, RUDSER, COHEN & MAGID, LLP

14
15                                       By: _____
                                              Robert F. Kidd, Esq.
16                                            Attorneys for Richard William Davis,
                                              aka R.W. Davis
17
18
19 Dated: _____, 2004               CARTER & CARTER

20
21                                       By: _____
                                              James A. Carter, Esq.
22                                            Attorneys for Lorenz Costello III,
                                              aka L. Costello
23
24
25
26
27
28

2

STIPULATION TO DISMISS WITH PREJUDICE PLAINTIFFS' PETITION TO CONFIRM CONTRACTUAL ARBITRATION AWARD
AGAINST DEFENDANTS - CASE NO. C 05-00771 MEJ

| | |
|---|---|
| Dated: _____, 2005 | MILLER LAW FIRM, PC<br><br>By:_____<br>Richard W. Miller, Esq.<br>Scott H. Murphy, Esq.<br>Attorneys for Business Service America II, Inc., Joseph Anthony Guglielmo, aka J.A. Guglielmo; Robert Nurisso, aka R.T. Nurisso and Douglas Ludolph, aka D. Ludolph |
| | PRESTON GATES & ELLIS L.L.P.<br><br>Michael J. Bettinger, Esq.<br>Attorneys for Business Service America II, Inc., Joseph Anthony Guglielmo, aka J.A. Guglielmo; Robert Nurisso, aka R.T. Nurisso and Douglas Ludolph, aka D. Ludolph |
| Dated: **10·13**, 2005 | STEIN, RUDSER, COHEN & MAGID, LLP<br><br>By:_____<br>Robert F. Kidd, Esq.<br>Attorneys for Richard William Davis, aka R.W. Davis |
| Dated: _____, 2004 | CARTER & CARTER<br><br>By:_____<br>James A. Carter, Esq.<br>Attorneys for Lorenz Costello III, aka L. Costello |

2
STIPULATION TO DISMISS WITH PREJUDICE PLAINTIFFS' PETITION TO CONFIRM CONTRACTUAL ARBITRATION AWARD AGAINST DEFENDANTS - CASE NO. C 05-00771 MEJ

| | | |
|---|---|---|
| 1 | Dated: _____, 2005 | MILLER LAW FIRM, PC |

By:_____
   Richard W. Miller, Esq.
   Scott H. Murphy, Esq.
   Attorneys for Business Service America II, Inc.,
   Joseph Anthony Guglielmo, aka J.A. Guglielmo;
   Robert Nurisso, aka R.T. Nurisso and Douglas
   Ludolph, aka D. Ludolph

PRESTON GATES & ELLIS L.L.P.

   Michael J. Bettinger, Esq.
   Attorneys for Business Service America II, Inc.,
   Joseph Anthony Guglielmo, aka J.A. Guglielmo;
   Robert Nurisso, aka R.T. Nurisso and Douglas
   Ludolph, aka D. Ludolph

Dated: _____, 2004                STEIN, RUDSER, COHEN & MAGID, LLP

By:_____
   Robert F. Kidd, Esq.
   Attorneys for Richard William Davis,
   aka R.W. Davis

Dated: 10/14/05, 2004                CARTER & CARTER

By: /s/ James A. Carter
   James A. Carter, Esq.
   Attorneys for Lorenz Costello III,
   aka L. Costello

THE CLERK OF COURT SHALL CLOSE THE FILE.

IT IS SO ORDERED.

Dated: October 18, 2005

/s/ Judge Maria-Elena James

2

STIPULATION TO DISMISS WITH PREJUDICE PLAINTIFFS' PETITION TO CONFIRM CONTRACTUAL ARBITRATION AWARD
AGAINST DEFENDANTS - CASE NO. C 05-00771 MEJ